UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERRANCE JON IRBY,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF WASHINGTON, BERNIE WARNER, DAN PACHOLKE, STEVE SINCLAIR, RON KNIGHT, JUAN PALOMO, CC3 DAVID MCKINNEY, CHRIS BOWMAN, SCOTT FRAKES and JERRY T. DUNLEAVY,<br><br>        Defendants. | No. 4:14-cv-5057-JTR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS,* DISMISSING ACTION AND DENYING PENDING MOTIONS AS MOOT |

BEFORE THE COURT is Plaintiff's Objections, ECF No. 30, to the Report and Recommendation to deny his application to proceed *in forma pauperis,* to dismiss this action, and to deny all pending motions. ECF. No. 29. Plaintiff, a prisoner at Clallam Bay Corrections Center, is proceeding *pro se*. Defendants have not been served.

In his initial complaint, Mr. Irby asserted only interference with his right to access the courts. He sought access to legal materials and to enjoin his transfer from the Washington State Penitentiary to a facility in the Western District of

ORDER ADOPTING REPORT AND RECOMMENDATION -- 1

Washington.  He has since been transferred.  Plaintiff did not assert any health concerns in his initial complaint, let alone sufficiently allege that he was "under imminent danger of serious physical injury."

Because Mr. Irby has filed more than three prior actions or appeals which were dismissed as frivolous or for failure to state a claim,[1] he is precluded from proceeding *in forma pauperis* in this action, absent a showing of "imminent danger of serious physical injury."  28 U.S.C. § 1915(g).  Plaintiff subsequently presented a myriad of documents asserting various health issues and injuries he sustained when medication was withdrawn after he had already filed this action.  Medical issues arising more than two weeks after a complaint is mailed, fail to demonstrate that the inmate was under "imminent danger of serious physical injury," at the time he filed his complaint.  *See Andrews v. Cervantes*, 493 F.3d 1047, 1053 (9th Cir.

---

[1] Western District: *Irby v. O'Neill et al.,* 2:13-cv-00197-JLR, dismissed with instruction to "count as a 'strike' pursuant to 28 U.S.C. § 1915(g)" on March 11, 2013, appeal deemed frivolous, 13-35258, and Mandate issued August 2, 2013. Eastern District: **Error! Main Document Only.***Irby v. Munden et al.*, 2:08-cv-5078-EFS, dismissed for failure to state a claim upon which relief may be granted on March 25, 2009, affirmed on appeal, 09-35296, and Mandate issued October 14, 2009; *Irby v. Sinclair, et al.,* 2:10-cv-05053-LRS, dismissed for failure to state a claim upon which relief may be granted on September 29, 2010 , affirmed on appeal, 10-35959, and Mandate issued October 14, 2009.

ORDER ADOPTING REPORT AND RECOMMENDATION -- 2

2007) ("[T]he availability of the exception turns on the conditions a prisoner faced at the time the complaint was filed, not at some earlier or later time.").

The Court has liberally reviewed Plaintiff's submitted materials, including his Objections asserting that the Report and Recommendation is "moot of any legal standard." The Court finds no merit to the asserted objections. For the reasons set forth above and by Magistrate Judge Rodgers, **IT IS ORDERED** that the Report and Recommendation, ECF No. 29, is **ADOPTED in its entirety** and the application to proceed *in forma pauperis* is **DENIED** as precluded under 28 U.S.C. § 1915(g).

Although granted the opportunity to do so, Plaintiff did not pay the $400.00 filing fee for this action. Therefore, **IT IS ORDERED** the Complaint is **DISMISSED** for failure to comply with the filing fee requirements of 28 U.S.C. § 1914. There is no reason to entertain this action further. Therefore, **IT IS ORDERED** that all pending motions are **DENIED as moot.**

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff and **close the file**. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this 22nd day of August 2014.

                         *s/ Rosanna Malouf Peterson*
                     ROSANNA MALOUF PETERSON
                     Chief United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION -- 3